EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00248 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. §§ |
| | ) | 922(g)(1) and 924(a)(2) |
| SAMUEL M. KAAUWAI, III, | ) | Count 2: 18 U.S.C. §§ |
| | ) | 922(g)(3) and 924(a)(2) |
| Defendant. | ) | Count 3: 18 U.S.C. §§ |
| | ) | 922(k) and 924(a)(1)(B) |

### INDICTMENT

#### COUNT 1
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury charges that:

On or about March 14, 2003, in the District of Hawaii, the defendant SAMUEL M. KAAUWAI, III, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting commerce a firearm, to wit, a Beretta Model 84 .380 semiautomatic pistol, manufactured by Beretta in Maryland and five rounds of .380 ammunition, manufactured by CCI in Idaho.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2
(18 U.S.C. §§ 922(g)(3), 924(a)(2))

The Grand Jury further charges that:

On or about March 14, 2003, in the District of Hawaii, the defendant SAMUEL M. KAAUWAI, III, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm, to wit, a Beretta Model 84 .380 semiautomatic pistol manufactured by Beretta in Maryland, with no apparent serial number, and five rounds of .380 ammunition, manufactured by CCI in Idaho.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT 3
(18 U.S.C. §§ 922(k), 924(a)(1)(B))

The Grand Jury further charges that:

On or about March 14, 2003, in the District of Hawaii, the defendant SAMUEL M. KAAUWAI, III, did knowingly possess a firearm, to wit, a Beretta Model 84 .380 semiautomatic pistol manufactured by Beretta in Maryland, with its manufacturer's serial number removed and which had, at some point in time, been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

DATED: May 15, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. SAMUEL KAAUWAI, III
Cr. No.        (Indictment)