

```
GLENN D. CHOY Hawaii Bar #1985
735 Bishop Street, Suite 322
Honolulu, HI  96813
Telephone:  (808) 533-7007
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006

at __10__ o'clock and __24__ min. __a__ M
SUE BEITIA, CLERK

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF HEARING |
| | ) | MOTION; MOTION TO |
| v. | ) | CONTINUE SENTENCING; |
| | ) | DECLARATION OF COUNSEL; |
| SAMUEL K. KAAUWAI, III, | ) | EXHIBIT; CERTIFICATE |
| | ) | OF SERVICE |
| Defendant. | ) | |
| | ) | Date: |
| | ) | Time: |
| | ) | Judge: |

NOTICE OF HEARING MOTION

TO:   Assistant U.S. Attorney Marshall Silverberg
      Room 6100, Prince Jonah K. Kuhio Bldg.
      300 Ala Moana Blvd., Room 6-100
      Honolulu, Hawaii  96850
      Attorney for Plaintiff

PLEASE TAKE NOTICE that the attached motion will be heard before the Honorable _____, Judge of the above-entitled court, in his courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, _____ ___, 2006, at ____ a.m./p.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, April 24, 2006.

_____
GLENN D. CHOY
Attorney for Defendant