IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | MOTION TO |
| | ) | CONTINUE SENTENCING |
| v. | ) | |
| | ) | |
| SAMUEL K. KAAUWAI, III, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

MOTION TO CONTINUE SENTENCING

COMES NOW Defendant SAMUEL K. KAAUWAI, III, by and through his court-appointed attorney, GLENN D. CHOY and hereby moves this Honorable Court to enter an Order continuing sentencing from the presently-set date of May 25, 2006 at 1:30 p.m., to enable Defendant to complete courses at Federal Detention Center.

This motion is based on FRCrP 12(b), the attached Declaration of Counsel attached hereto and made a part hereof, and such argument as may be made at hearing.

DATED: April 24, 2006.

GLENN CHOY
Attorney for Defendant