IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL K. KAAUWAI, III, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF COUNSEL

I, Glenn Choy, declare that:

1. Declarant is the attorney for Defendant SAMUEL K. KAAUWAI, III, in the captioned matter; Defendant is presently confined at the Federal Detention Center [FDC] Honolulu;

2. Sentencing is presently scheduled for May 25, 2006 at 1:30 p.m.

3. On information and belief, Declarant further states:

 a. Defendant signed out for FDC study material for the GED exam, which will be offered in June and September 2006; the exam is comprised of three parts, i.e., math, science, and reading and writing; Defendant intends to take the exam in June 2006, but is unsure of passing all three parts, and is aiming to pass all three parts by the September exam;

 b. Defendant enrolled in the Anger/Stress class in late March 2006; he believes that that course ends in late August or early September 2006;

4. Defendant desires to take and complete the mentioned courses, to better himself, to improve his employment prospects, and to apply upon his release from detention;

5. A continuance will enable Defendant to engage in course work that will help him substantially in his pursuit of self-improvement and will reinforce his pro-social skills and motivations;

6. Declarant has spoken with Assistant U.S. Attorney Marshall Silverberg regarding the instant request; Mr. Silverberg led Declarant to believe that he was not opposed to the instant motion;

7. The instant request is not intended as a means of delay; a continuance of sentencing is requested in good faith for the foregoing reasons;

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON MAY 24, 2006.

_____
Glenn Choy
Attorney for Defendant