**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on the date of filing:

>MARSHALL SILVERBERG
>Assistant United States Attorney
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, Hawaii  96813
>Attorney for Plaintiff
>UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, May 24, 2006.

_____
GLENN D. CHOY
Attorney for Defendant