GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI  96813
Telephone:  (808) 533-7007

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF WITHDRAWAL OF |
| | ) | DEFENDANT'S MOTION |
| vs. | ) | TO CONTINUE SENTENCING; |
| | ) | CERTIFICATE OF SERVICE |
| SAMUEL K. KAAUWAI, III, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO CONTINUE SENTENCING

Notice is hereby given that Defendant SAMUEL K. KAAUWAI'S Motion to Continue Sentencing, filed April 24, 2006, is hereby withdrawn.

DATED:  Honolulu, Hawaii, April 24, 2006.

GLENN D. CHOY
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on the date of filing:

> MARSHALL SILVERBERG
> Assistant United States Attorney
> 300 Ala Moana Boulevard, Room 6100
> Honolulu, Hawaii   96850
> Attorney for UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, April 24, 2006.

_____
GLENN D. CHOY