

ORIGINAL

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI  96813
Telephone:  (808) 533-7007

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2006

at 4 o'clock and 30 min
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00248 DAE |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| vs. ) | SENTENCING; ORDER |
| ) | |
| SAMUEL K. KAAUWAI, III, ) | |
| ) | |
| Defendant. ) | |

LODGED
MAY 03 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between the parties appearing herein, through their respective counsel, that sentencing scheduled for May 12, 2005 at 1:30 p.m. is reset to October 16, 2006 at 1:30 p.m.

DATED:   Honolulu, Hawaii, _____, 2006.

_____            _____
GLENN CHOY                                             MARSHALL SILVERBERG
Attorney for SAMUEL K. KAAUWAI          Assistant U.S. Attorney


APPROVED AND SO ORDERED:

_____
DAVID A. EZRA
Judge of the United States District Court