**GLENN D. CHOY**
Attorney At Law
735 Bishop Street, Suite 322
Honolulu, Hawaii 96813
Telephone: (808) 533-7007
Fax: (808) 533-4017



June 14, 2006

Mr. Marshall Silverberg
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

    RE:  Samuel Kaauwai, III;
           [Cr. 03-00248 DAE]

Dear Mr. Silverberg:

    I have filed a Motion for Return of Property for Mr. Kaauwai in Hawaii state circuit court, with a hearing scheduled for July 27, 2006. As Mr. Kaauwai is in federal custody, I am now seeking your approval for a transfer of custody to the state so that Mr. Kaauwai can appear for hearings on the mentioned motion.

    May I ask that you sign below if you agree to this request and fax or mail a copy of this letter to my office. I will then seek a federal order granting temporary transfer of custody. [I have already obtained a state writ of habeas corpus ad prosequendum.]

    Your attention to this matter is appreciated.

Yours Truly,

*/s/ Glenn D. Choy*
GLENN D. CHOY
Attorney for Samuel Kaauwai, III

APPROVED:

*/s/ Marshall Silverberg*    Date: 6/29/06
Marshall Silverberg

**EXHIBIT A**