GLENN D. CHOY   1985
735 Bishop Street, Suite 322
Honolulu, Hawaii  96813
Telephone: (808) 533-7007

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING TEMPORARY |
| | ) | TRANSFER OF CUSTODY TO |
| v. | ) | THE STATE OF HAWAII |
| | ) | REGARDING WRIT OF HABEAS |
| SAMUEL K. KAAUWAI, III, | ) | CORPUS AD TESTIFICANDUM |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII
REGARDING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Testificandum and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant SAMUEL K. KAAUWAI, III to officials of the State of Hawaii at any time or times deemed necessary until the conclusion of S.P. No. 06-1-0193, Motion for Return of Property.  Upon the conclusion

of the case, officials of the State of Hawaii are to return the said Defendant back to the United States Marshal Service, District of Hawaii, on a mutually agreed-upon date.

DATED: At Honolulu, Hawaii, _July 18_, 2006

UNITED STATES MAGISTRATE JUDGE