GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 3 1 2006

at /0 o'clock and 25 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING |
| | ) | MOTION; MOTION FOR |
| vs. | ) | WITHDRAWAL AND |
| | ) | SUBSTITUTION OF COUNSEL; |
| SAMUEL KAAUWAI, III, | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |

NOTICE OF HEARING MOTION

TO:     Assistant U.S. Attorney Marshall Silverberg
        300 Ala Moana Blvd., Room 6-100
        Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that Defendant, by and through his counsel, Glenn Choy, will bring the MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL on for hearing before Honorable _____, Judge of the above-entitled court, in his/her courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, the ___ day of September, 2006 at the hour of _____ o'clock a.m./p.m. of said day, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, August 31, 2006.

_____
GLENN D. CHOY
Attorney for Defendant