IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR |
| vs. | ) | WITHDRAWAL AND |
| | ) | SUBSTITUTION OF COUNSEL |
| SAMUEL KAAUWAI, III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW SAMUEL KAAUWAI, III, through counsel GLENN CHOY, and hereby moves this Court for an order granting withdrawal and substitution of counsel, permitting Glenn D. Choy to withdraw as counsel, and for appointment of substitute CJA panel counsel.

This motion is based on FRCrP 12(b), 46(C), 47, Crim. LR 57.9, and Title 18 USC Sec. 3143.

DATED: August 31, 2006.

_____
GLENN CHOY
Attorney for Defendant

2