## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on the date of filing:

MARSHALL SILVERBERG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, August 31, 2006.

*/s/ Glenn D. Choy*
GLENN D. CHOY
Attorney for Defendant

5