# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00248DAE |
| CASE NAME: | USA v. Samuel K. Kaauwai, III |
| ATTYS FOR PLA: | Marshall H. Silverberg |
| ATTYS FOR DEFT: | Glenn D. Choy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 09/21/2006 | TIME: | 11:19 - 11:32 |

COURT ACTION:  EP: [52] Motion for Withdrawal and Substitution of Counsel - deft present in custody.

SEALED HEARING HELD 11:20:13 - 11:29:51 with the defendant and his counsel.

Motion GRANTED.  Court to appoint new CJA counsel.
This is the last change in counsel.
Defendant remanded to the custody of the U.S. Marshal.


EO: Clayton Kimoto appointed as new counsel.


Submitted by Richlyn W. Young, courtroom manager