B⁴ᵏ

ORIGINAL

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI  96813
Telephone:  (808) 533-7007

**LODGED**

SEP 2 1 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 5 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorney for SAMUEL M. KAAUWAI, III


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-000248 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | TO WITHDRAW AS COUNSEL |
| SAMUEL M. KAAUWAI, III, | ) | AND APPOINTING SUBSTITUTE |
| | ) | COUNSEL |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND
APPOINTING SUBSTITUTE COUNSEL

On September 21, 2006, motion to withdraw as counsel, filed
by Glenn Choy, counsel for Defendant SAMUEL M. KAAUWAI, III on
August 31, 2006, came on for hearing before the Honorable Barry
M. Kurren, Glenn Choy representing Defendant, who was present,
Marshall Silverberg, Assistant U.S. Attorney, for the United States of
America.  The Court heard argument, and considered the records
and files of this case.

IT IS HEREBY ORDERED that for good cause shown, the instant motion is granted.  Glenn Choy is granted withdrawal as counsel. Clayton Kimoto is appointed as substitute counsel.

DATED at Honolulu, Hawaii: _____9.22.2006_____

_____
UNITED STATES MAGISTRATE JUDGE
District of Hawaii

United States of America v. Samuel M. Kaauwai, III, Cr. No. 03-000248 DAE, Order Granting Motion to Withdraw as Counsel and Appointing Substitute Counsel