ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 8 2006

at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

Clayton Kimoto, Attorney at Law 4791-0
733 Bishop Street, Suite 2302
Honolulu, Hawaii  96813
Telephone:  (808) 5364456
Facsimile:   (808) 5364988

Attorney for Defendant
SAMUEL K. KAAUWAI III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL K. KAAUWAI, III<br><br>Defendant, | CR. NO. 03-00248 DAE<br><br>NOTICE OF MOTION;<br>MOTION TO CONTINUE<br>SENTENCING; DECLARATION OF<br>COUNSEL;  CERTIFICATE OF<br>SERVICE<br><br>DATE:<br>TIME:<br>JUDGE:    DAVID ALAN EZRA |

ORIGINAL

## NOTICE OF MOTION

TO: Marshall H. Silverburg
     Assistant United States Attorney
     PJKK Federal Building
     300 Ala Moana Boulevard, Room 6100
     Honolulu, Hawaii 96813

     PLEASE TAKE NOTICE that the following motion will be heard before the Honorable DAVID EZRA, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on_____ at _____., or as soon as counsel may be heard.

Clayton Kimoto, Attorney at Law 4791-0
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4988

Attorney for Defendant
SAMUEL K. KAAUWAI, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
|---|---|
| Plaintiff, | ) MOTION TO CONTINUE |
| vs. | ) SENTENCING |
| SAMUEL K. KAAUWAI, III, | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING

COMES NOW the defendant, SAMUEL K. KAAUWAI III, through counsel, Clayton Kimoto, and moves this Honorable Court to continue the sentencing of the captioned matter from the present sentencing date of October 16 ,

2006, to the end of January, 2006.

This motion is based upon the attached Declaration of Counsel and such additional evidence as shall be adduced at a hearing on the merits.

DATED: Honolulu, Hawaii, September 27, 2006.

CLAYTON KIMOTO
Attorney for Defendant
SAMUEL K. KAAUWAI III