IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
|---|---|
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | |
| SAMUEL K. KAAUWAI, III, | |
| Defendant. | |

## DECLARATION OF COUNSEL

I, CLAYTON KIMOTO, hereby declare as follows:

1. I am counsel for defendant, Samuel K. Kaauwai III.

2. I was recently appointed to the case on September 21, 2006.

3. Sentencing is presently set for October 16, 2006. Counsel needs more time to familiarize himself with the case. Counsel has not yet reviewed the files and discovery for the case.

4. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, September 27, 2006.

_____
CLAYTON KIMOTO
Attorney for Defendant
SAMUEL KAAUWAI III