## CERTIFICATE OF SERVICE

I, CLAYTON KIMOTO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 28, 2006.

> Marshall H. Silverburg, Asst. U.S. Attorney
> Room 6100, PJKK Federal Building
> 300 Ala Moana Blvd., Box 50183

DATED:  Honolulu, Hawaii, September 27, 2006.

CLAYTON KIMOTO
Attorney for Defendant
SAMUEL KAAUWAI III