

Clayton Kimoto, Attorney at Law 4791-0
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 5364456
Facsimile: (808) 5364988

Attorney for Defendant
SAMUEL K. KAAUWAI III

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 23 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
| Plaintiff, | ) NOTICE OF MOTION; |
| | ) MOTION TO RECONSIDER |
| vs. | ) ORDER GRANTING |
| SAMUEL K. KAAUWAI, III | ) DEFENDANT'S MOTION TO |
| | ) CONTINUE SENTENCING ; |
| Defendant, | ) DECLARATION OF COUNSEL; |
| | ) CERTIFICATE OF SERVICE |
| | ) DATE: |
| | ) TIME: |
| | ) JUDGE: DAVID ALAN EZRA |

ORIGINAL

## NOTICE OF MOTION

TO: Marshall H. Silverburg
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable DAVID EZRA, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on_____ at _____., or as soon as counsel may be heard.