Clayton Kimoto, Attorney at Law 4791-0
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4988

Attorney for Defendant
SAMUEL K. KAAUWAI, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
|---|---|
| Plaintiff, | ) |
| | ) MOTION TO MODIFY ORDER |
| | ) GRANTING DEFENDANT'S |
| vs. | ) MOTION TO CONTINUE |
| | ) SENTENCING |
| SAMUEL K. KAAUWAI, III, | ) |
| Defendant. | ) |

## MOTION TO MODIFY ORDER GRANTING
## DEFENDANT'S MOTION TO CONTINUE SENTENCING

COMES NOW the defendant, SAMUEL K. KAAUWAI III, through counsel, Clayton Kimoto, and moves this Honorable Court to MODIFY the Order

filed October 6, 2006 granting the Defendant's motion to continue the sentencing of the captioned matter from the present sentencing date of October 16, 2006 to November 6, 2006.

This motion is based upon the attached Declaration of Counsel and such additional evidence as shall be adduced at a hearing on the merits.

DATED: Honolulu, Hawaii, October 21, 2006.

_____
CLAYTON KIMOTO
Attorney for Defendant
SAMUEL K. KAAUWAI III