

CLAYTON KIMOTO
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4998

Attorney for Defendant
SAMUEL KAAUWAI III

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2006

at 9 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
|  | ) |
| Plaintiff, | ) NOTICE OF MOTION; MOTION |
|  | ) TO WITHDRAW GUILTY PLEA; |
| vs. | ) MEMORANDUM |
|  | ) IN SUPPORT OF MOTION; |
| SAMUEL KAAUWAI III, | ) EXHIBITS and CERTIFICATE OF |
|  | ) SERVICE |
|  | ) |
|  | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF MOTION

TO:  Edward Kubo
     United States Attorney
     Room 6100, PJKK Federal Building
     300 Ala Moana Blvd., Honolulu 96860

     Marshall Silverberg, Asst. U.S. Attorney
     Room 6100, PJKK Federal Building
     300 Ala Moana Blvd., Honolulu 96850

     PLEASE TAKE NOTICE that the following motion will be heard before the Honorable DAVID EZRA, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ _____, or as soon as counsel may be heard.

ORIGINAL