CLAYTON KIMOTO
733 Bishop Street, Suite 2302
Honolulu, Hawaii 968500
Telephone: (808) 536-4456
Facsimile: (808) 536-4988

Attorney for Defendant
SAMUEL KAAUWAI III

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00248 DAE |
| ) | |
| Plaintiff, ) | MOTION TO WITHDRAW GUILTY |
| ) | PLEA |
| vs. ) | |
| ) | |
| SAMUEL KAAUWAI III, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION TO WITHDRAW GUILTY PLEA

Comes now the defendant, SAMUEL KAAUWAI III, through counsel, Clayton Kimoto, moves this Honorable Court pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B) .

This motion is based upon the attached memorandum of law, the files and records in this case, the attached declaration of counsel and on such argument and evidence as the court will receive.

DATED: Honolulu, Hawaii, November 16, 2006.

_____
CLAYTON KIMOTO
Attorney for Defendant
SAMUEL KAAUWAI III