## CERTIFICATE OF SERVICE

I, CLAYTON KIMOTO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on November 17, 2006.

>Marshall H. Silverburg, Asst. U.S. Attorney
>Room 6100, PJKK Federal Building
>300 Ala Moana Blvd., Box 50183

DATED: Honolulu, Hawaii, November 16, 2006.

_____
CLAYTON KIMOTO
Attorney for Defendant
SAMUEL KAAUWAI III