

CLAYTON KIMOTO #4791
733 BISHOP STREET , SUITE 2302
Honolulu, Hawaii  96813
Telephone:  (808) 536-4456
Facsimile:   (808) 536-4988
E-Mail:       ckimoto@hawaii.rr.com

Attorney for Defendant
SAMUEL KAAUWAI III

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2006

at 9 o'clock and ___ min.___M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMUEL KAAUWAI III,<br><br>            Defendant. | CR. NO. 03-00248 DAE<br><br>NOTICE OF MOTION; MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>DATE:<br>TIME:<br>JUDGE: |

### NOTICE OF MOTION

TO:   MARSHALL SILVERBERG
        Assistant United States Attorney
        PJKK Federal Building
        300 Ala Moana Boulevard, Room 6100
        Honolulu, Hawaii  96813
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

ORIGINAL

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable _____, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ _____.