CLAYTON KIMOTO  #4791
733 BISHOP STREET , SUITE 2302
Honolulu, Hawaii   96813
Telephone:  (808) 536-4456
Facsimile:   (808) 536-4988
E-Mail:      kimoto@hawaii.rr.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
|---|---|
| Plaintiff, | ) MOTION TO WITHDRAW<br>) AS COUNSEL |
| vs. | ) |
| SAMUEL KAAUWAI III, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Defendant, SAMUEL KAAUWAI III, by and through undersigned counsel, Clayton Kimoto, moves this Court to allow counsel to withdraw due to a conflict of interest in the attorney-client relationship.

This motion is based upon the Sixth Amendment and the attached

declaration of counsel.

DATED: Honolulu, Hawaii, November 16, 2006.

_____
CLAYTON KIMOTO
Attorney for Defendant
SAMUEL KAAUWAI III