## CERTIFICATE OF SERVICE

I, CLAYTON KIMOTO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on November 16, 2006:

MARSHALL SILVERBERG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, November 16, 2006.

_____
CLAYTON KIMOTO
Attorney for Defendant
SAMUEL KAAUWAI III