# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/01/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 03-00248DAE

CASE NAME: USA v. Samuel K. Kaauwai, III

ATTYS FOR PLA: Marshall H. Silverberg

ATTYS FOR DEFT: Clayton Kimoto

INTERPRETER:

JUDGE: Barry M. Kurren        REPORTER: C6F

DATE: 12/01/2006              TIME: 3:01 - 3:26

COURT ACTION: EP: [67] Motion to Withdraw as Counsel - deft present in custody. Motion DENIED. Silverberg to prepare order.

Defendant remanded to the custody of the U.S. Marshal.

Submitted by Richlyn W. Young, courtroom manager