CLAYTON KIMOTO  #4791
733 BISHOP STREET , SUITE 2302
Honolulu, Hawaii   96813
Telephone:  (808) 536-4456
Facsimile:   (808) 536-4988
E-Mail:     ckimoto@hawaii.rr.com

Attorney for Defendant
SAMUEL KAAUWAI III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
|---|---|
| Plaintiff, | )<br>) NOTICE OF MOTION; APPEAL<br>) AND REQUEST TO THE DISTRICT |
| vs. | ) COURT TO RECONSIDER A<br>) MATTER DETERMINED BY THE |
| SAMUEL KAAUWAI III, | ) MAGISTRATE JUDGE;<br>) DECLARATION OF COUNSEL; |
| Defendant. | ) MEMORANDUM IN SUPPORT;<br>) CERTIFICATE OF SERVICE |

DATE:
TIME:
JUDGE:

### NOTICE OF MOTION

TO:   MARSHALL SILVERBERG
      Assistant United States Attorney
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii   96813
      Attorney for Plaintiff
      UNITED STATES OF AMERICA

ORIGINAL

    PLEASE TAKE NOTICE that the following motion will be heard before the Honorable _____, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____.

CLAYTON KIMOTO  #4791
733 BISHOP STREET , SUITE 2302
Honolulu, Hawaii   96813
Telephone:  (808) 536-4456
Facsimile:  (808) 536-4988
E-Mail:     kimoto@hawaii.rr.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
| | ) |
| Plaintiff, | ) APPEAL AND REQUEST TO THE |
| | ) DISTRICT COURT TO |
| vs. | ) RECONSIDER A MATTER |
| | ) DETERMINED BY THE |
| SAMUEL KAAUWAI III, | ) MAGISTRATE JUDGE |
| | ) |
| Defendant. | ) |
| | ) |

**APPEAL AND REQUEST TO THE DISTRICT COURT
TO RECONSIDER A MATTER DETERMINED BY
THE MAGISTRATE JUDGE**

Defendant, SAMUEL KAAUWAI III, by and through undersigned counsel, Clayton Kimoto, moves this Court to Reconsider the Decision of the Magistrate Judge denying the Motion to Withdraw as Counsel on December 1, 2006.

This motion is based upon the Sixth Amendment, United States

District Court Criminal Local Rule 57.3 (b), the attached declaration of counsel and the memorandum in support.

DATED: Honolulu, Hawaii, December 15, 2006.

_____
CLAYTON KIMOTO
Attorney for Defendant
SAMUEL KAAUWAI III