# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00248DAE |
| CASE NAME: | USA v. Samuel K. Kaauwai, III |
| ATTYS FOR PLA: | Marshall Silverberg |
| ATTYS FOR DEFT: | Clayton Kimoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 1/9/2007 | TIME: | 9:45am-10:15am |

COURT ACTION: EP: [#74]Defendant's Appeal and Request to the District Court to Reconsider a Matter Determined by the Magistrate Judge.

Defendant Samuel K. Kaauwai, III present in custody.

Oral arguments heard.

[#74]Defendant's Appeal and Request to the District Court to Reconsider a Matter Determined by the Magistrate Judge-GRANTED.

Attorney Clayton Kimoto's request to withdraw as counsel-GRANTED. New Counsel to be appointed.

Motion to Withdraw Guilty Plea by Defendant Samuel Kaauwai, III- HEARING DATE VACATED.

Submitted by: Theresa Lam, Courtroom Manager