PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

WILLIAM M. DOMINGO  #3944
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
SAMUEL M. KAAUWAI, III

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 0 2004

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO<br>) CONTINUE SENTENCING DATE |
| vs. | ) |
| SAMUEL K. KAAUWAI, III, | ) New Date:  November 10, 2004<br>) New Time:  1:30 p.m. |
| Defendant. | ) |

**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant SAMUEL K. KAAUWAI, III's sentencing presently set

**EXHIBIT 3**

for July 6, 2004, at 1:30 p.m. be and is hereby continued to November 10, 2004, at 1:30 p.m. before Chief Judge David A. Ezra.

This sentencing date is continued because additional time is needed to prepare and for Defendant to complete his GED course.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, May 19, 2004.

*/s/ William M. Domingo*
WILLIAM M. DOMINGO
Attorney for Defendant
SAMUEL K. KAAUWAI, III

*/s/ Marshall Silverberg*
MARSHALL SILVERBERG
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, MAY 20 2004.

DAVID ALAN EZRA
United States ~~Magistrate Judge~~
District of Hawaii
United States District Judge

UNITED STATES v. SAMUEL K. KAAUWAI, III
CR. NO. 03-00248 DAE
STIPULATION AND ORDER TO CONTINUE SENTENCING DATE

2