**FILED IN THE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

NOV 0 5 2004

at ⁷ o'clock and ⁻min. ᴬᴹ
**WALTER A.Y.H. CHINN, CLERK**

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

WILLIAM M. DOMINGO  #3944
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
SAMUEL M. KAAUWAI, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING DATE |
| vs. | ) |
| | ) |
| SAMUEL M. KAAUWAI, III, | ) New Date:  March 9, 2005 |
| | ) New Time:  1:30 p.m. |
| Defendant. | ) |
| | ) |

## STIPULATION AND ORDER TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant SAMUEL M. KAAUWAI, III's sentencing presently



EXHIBIT  4

set for November 10, 2004, at 1:30 p.m. be and is hereby continued to March 9, 2005,

at 1:30 p.m. before Chief Judge David A. Ezra.

   This sentencing date is continued due to a calendar conflict with defense

counsel.  Mr. Domingo will be in trial with Judge Mollway.

   IT IS SO STIPULATED:

   DATED:  Honolulu, Hawaii, November 2, 2004.

         _____
         WILLIAM M. DOMINGO
         Attorney for Defendant
         SAMUEL M. KAAUWAI, III

         _____
         MARSHALL SILVERBERG
         Attorney for Plaintiff
         UNITED STATES OF AMERICA

   IT IS APPROVED AND SO ORDERED:

           NOV 0 4 2004
   DATED:  Honolulu, Hawaii, _____.

         DAVID ALAN EZRA
         _____
         The Honorable DAVID ALAN EZRA
         Chief United States District Judge
         District of Hawaii

UNITED STATES v. SAMUEL M. KAAUWAI, III
CR. NO. 03-00248 DAE
STIPULATION AND ORDER TO CONTINUE SENTENCING DATE