THE LAW OFFICE OF WILLIAM M. DOMINGO
WILLIAM M. DOMINGO  #3944
ATTORNEY AT LAW

568 HALEKAUWILA STREET, 2ND FLOOR
HONOLULU, HAWAI'I 96813
PHONE: (808) 521-4323
FACSIMILE: (808) 545-2628
EMAIL: wmdomingo@yahoo.com
Attorney for Defendant
SAMUEL M. KAAUWAI, III

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 9 2005

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248DAE |
| | ) |
| Plaintiff, | ) NOTICE OF MOTION; MOTION |
| | ) FOR WITHDRAWAL AND |
| vs. | ) SUBSTITUTION OF COUNSEL; |
| | ) DECLARATION OF COUNSEL; |
| SAMUEL M. KAAUWAI, III, | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) DATE:   August 12, 2005 |
| | ) TIME:   10:00 a.m. |
| | JUDGE: The Honorable Kevin S. C. Chang |

## NOTICE OF MOTION

TO: EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

EXHIBIT 5

MARSHALL SIIVERBERG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable KEVIN S. C. CHANG, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on Friday, August 12, 2005, at 10:00 a.m., or as soon as counsel may be heard.

THE LAW OFFICE OF WILLIAM M. DOMINGO
WILLIAM M. DOMINGO #3944
ATTORNEY AT LAW

568 HALEKAUWILA STREET, 2ND FLOOR
HONOLULU, HAWAI'I 96813
PHONE: (808) 521-4323
FACSIMILE: (808) 545-2628
EMAIL: wmdomingo@yahoo.com
Attorney for Defendant
SAMUEL M. KAAUWAI, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00248DAE |
| ) | |
| Plaintiff, ) | MOTION FOR WITHDRAWAL |
| ) | AND SUBSTITUTION OF |
| vs. ) | COUNSEL |
| ) | |
| SAMUEL M. KAAUWAI, III, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW the defendant, SAMUEL M. KAAUWAI, III, through

counsel, WILLIAM M. DOMINGO, and moves this Honorable Court to allow him

to withdraw as counsel and for the appointment of another CJA panel counsel for

the reason that there is a conflict of the attorney-client relationship, as set forth in the attached Declaration of Counsel.

DATED: Honolulu, Hawaii, August 9, 2005.

/s/ William M. Domingo
WILLIAM M. DOMINGO
Attorney for Defendant
SAMUEL M. KAAUWAI, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248DAE |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| SAMUEL M. KAAUWAI, III, | ) |
| Defendant. | ) |

**DECLARATION OF COUNSEL**

I, WILLIAM M. DOMINGO, hereby declare as follows:

1. That I am counsel for defendant, SAMUEL M. KAAUWAI, III, having been appointed pursuant to the Criminal Justice Act.

2. On August 8, 2005, declarant was contacted by defendant who instructed me to file a motion to withdraw as counsel.

3. Defendant was unsatisfied with delarant's representation and gave notice of his intention to withdraw his guilty plea and go to trial.

4. It is my belief that Mr. Kaauwai does not trust my abilities or my judgment in this case and will allege my particular failings in his subsequent

motion to withdraw his plea.

5. Based upon the reason set forth above, it is not possible for me to continue to provide meaningful representation to SAMUEL M. KAAUWAI, III.

6. It would be in the interest of justice that this Court appoint new counsel for Defendant.

7. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, August 9, 2005.

*[signature]*
WILLIAM M. DOMINGO
Attorney for Defendant
SAMUEL M. KAAUWAI, III

**CERTIFICATE OF SERVICE**

I, WILLIAM M. DOMINGO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on August 9, 2005:

MARSHALL SILVERBERG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, August 9, 2005.

_____
WILLIAM M. DOMINGO
Attorney for Defendant
SAMUEL M. KAAUWAI, III