STATEMENT OF SAMUEL K. KAAUWAI, III

I am requesting that the government agree with my request to postpone sentencing under Cr. 03-00248 DAE, scheduled for May 25, 2006. I hereby state that I am not seeking the postponement for purposes connected to the withdrawal of my guilty plea, and that I will not seek to withdraw my guilty plea.

Signed: _____
Samuel K. Kaauwai, III

Dated: 4-12-06

EXHIBIT 7

## GLENN D. CHOY
ATTORNEY AT LAW
735 BISHOP STREET, SUITE 322
HONOLULU, HAWAII 96813
△△△
TELEPHONE: (808) 533-7007
FAX: (808) 533-4007

### LETTER OF TRANSMITTAL

*Hand-delivered*

**TO:**  Mr. Marshall Silverberg
Assistant U.S. Attorney
300 Ala Moana Blvd., #6-100
Honolulu, Hi 96850

**DATE:**  4/24/06

**RE:**  USA v. Samuel Kaauwai, III,
CR. NO. 03-00248 DAE

PLEASE FIND THE FOLLOWING ENCLOSED:
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
COPIES       DATE                    DESCRIPTION
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

| Copies | Date | Description |
|---|---|---|
| 1 original | 4/12/06 | signed statement of Samuel Kaauwai, III |
| 1 | 4/24/06 | filed copy, Motion to Continue Sentencing |

| | | | |
|---|---|---|---|
| ( ) | For your information | ( ) | For distribution |
| ( ) | For signature and return | ( ) | For your approval |
| ( ) | For signature and forwarding | ( ) | For necessary action |
| ( ) | As requested | ( ) | For your review |

NOTES:

*/s/ Glenn D. Choy*
GLENN D. CHOY
Attorney for Samuel Kaauwai

'06 APR 24 A10:32
RECEIVED
UNITED STATES
ATTORNEY