Case 1:03-cr-00248-DAE   Document 45   Filed 04/24/2006   Page 1 of 1

GLENN D. CHOY Hawaii Bar #1985
735 Bishop Street, Suite 322
Honolulu, HI  96813
Telephone: (808) 533-7007

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING |
| | ) | MOTION; MOTION TO |
| v. | ) | CONTINUE SENTENCING; |
| | ) | DECLARATION OF COUNSEL; |
| SAMUEL K. KAAUWAI, III, | ) | EXHIBIT; CERTIFICATE |
| | ) | OF SERVICE |
| Defendant. | ) | |
| | ) | Date: |
| | ) | Time: |
| | ) | Judge: |
| | ) | |

NOTICE OF HEARING MOTION

TO:   Assistant U.S. Attorney Marshall Silverberg
      Room 6100, Prince Jonah K. Kuhio Bldg.
      300 Ala Moana Blvd., Room 6-100
      Honolulu, Hawaii  96850
      Attorney for Plaintiff

   PLEASE TAKE NOTICE that the attached motion will be heard before the Honorable _____, Judge of the above-entitled court, in his courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, _____ ___, 2006, at ____ a.m./p.m., or as soon thereafter as counsel may be heard.

   DATED: Honolulu, Hawaii, April 24, 2006.

                            _____
                            GLENN D. CHOY
                            Attorney for Defendant

EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | MOTION TO |
| | ) | CONTINUE SENTENCING |
| v. | ) | |
| | ) | |
| SAMUEL K. KAAUWAI, III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION TO CONTINUE SENTENCING

    COMES NOW Defendant SAMUEL K. KAAUWAI, III, by and through his court-appointed attorney, GLENN D. CHOY and hereby moves this Honorable Court to enter an Order continuing sentencing from the presently-set date of May 25, 2006 at 1:30 p.m., to enable Defendant to complete courses at Federal Detention Center.

    This motion is based on FRCrP 12(b), the attached Declaration of Counsel attached hereto and made a part hereof, and such argument as may be made at hearing.

DATED: April 24, 2006.

GLENN CHOY
Attorney for Defendant

Case 1:03-cr-00248-DAE   Document 45   Filed 04/24/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL K. KAAUWAI, III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF COUNSEL

I, Glenn Choy, declare that:

   1.  Declarant is the attorney for Defendant SAMUEL K. KAAUWAI, III, in the captioned matter; Defendant is presently confined at the Federal Detention Center [FDC] Honolulu;

   2.  Sentencing is presently scheduled for May 25, 2006 at 1:30 p.m.

   3.  On information and belief, Declarant further states:

      a. Defendant signed out for FDC study material for the GED exam, which will be offered in June and September 2006; the exam is comprised of three parts, i.e., math, science, and reading and writing; Defendant intends to take the exam in June 2006, but is unsure of passing all three parts, and is aiming to pass all three parts by the September exam;

      b. Defendant enrolled in the Anger/Stress class in late March 2006; he believes that that course ends in late August or early September 2006;

4. Defendant desires to take and complete the mentioned courses, to better himself, to improve his employment prospects, and to apply upon his release from detention;

5. A continuance will enable Defendant to engage in course work that will help him substantially in his pursuit of self-improvement and will reinforce his pro-social skills and motivations;

6. Declarant has spoken with Assistant U.S. Attorney Marshall Silverberg regarding the instant request; Mr. Silverberg led Declarant to believe that he was not opposed to the instant motion;

7. The instant request is not intended as a means of delay; a continuance of sentencing is requested in good faith for the foregoing reasons;

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON MAY 24, 2006.

Glenn Choy
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on the date of filing:

> MARSHALL SILVERBERG
> Assistant United States Attorney
> PJKK Federal Building
> 300 Ala Moana Boulevard, Room 6100
> Honolulu, Hawaii   96813
> Attorney for Plaintiff
> UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, May 24, 2006.

*/s/ Glenn D. Choy*
GLENN D. CHOY
Attorney for Defendant

**Abing, Cheri (USAHI)**

**From:** hid_resp@hid.uscourts.gov
**Sent:** Monday, April 24, 2006 1:23 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:03-cr-00248-DAE USA v. Kaauwai "Motion to Continue "

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Hawaii - CM/ECF V2.5 (11/05)**

Notice of Electronic Filing

The following transaction was received from Glenn D. Choy entered on 4/24/2006 at 1:23 PM HST and filed on 4/24/2006
**Case Name:** USA v. Kaauwai
**Case Number:** 1:03-cr-248
**Filer:** Dft No. 1 - Samuel M. Kaauwai, III
**Document Number:** 45

**Docket Text:**
MOTION to Continue Sentencing by Samuel M. Kaauwai, III. (Attachments: # (1) Motion to Continue# (2) Declaration of Counsel# (3) certificate of service)(gls, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/24/2006] [FileNumber=72301-0]
[9c17a042f3828bd2d60158f3dc6ee7b6bb029bb524e8a0b43e3848301fb80065c3289
32cf75d030373e5cb77f5f367dfefca8337d12dc16cfead7866af041619]]
**Document description:** Motion to Continue
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/24/2006] [FileNumber=72301-1]
[4b4b5866932d5a801904b5ce3be1952f064df7561d54a3eb98a2656f3a34f6f6622fd
177bb74883826c6b2ae7e79ce0f5ed98a69faa7e8a9abbf05b1b5fb1b10]]
**Document description:** Declaration of Counsel
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/24/2006] [FileNumber=72301-2]
[a253e6ee7373c3561ff9e13912d29c5c00aaf560adb2f5dadb1fc4dd7562ce8703aa7
76ff19757df6f1d37cc7a316ee8dc53d98b7d9e238d5583f98885a0f6d1]]
**Document description:** certificate of service

4/26/2006

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/24/2006] [FileNumber=72301-3]
[a1976f0a1db02cdcdb87365de7b6df1ecd9e51515a94459dc5954fb531d4bca87ec60
e7481b4100a682d736023d99ef9f665d9f164d8743f5b953dd85d2a217b]]

**1:03-cr-248-1 Notice will be electronically mailed to:**

Glenn D. Choy    choyhawaii@hawaiiantel.net

Marshall H Silverberg    marshall.silverberg@usdoj.gov, cheri.abing@usdoj.gov; USAHI.ECFMajorCrimes@usdoj.gov

**1:03-cr-248-1 Notice will be delivered by other means to:**

4/26/2006