FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_
SUE BEITIA, CLERK

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING |
| | ) | MOTION; MOTION FOR |
| vs. | ) | WITHDRAWAL AND |
| | ) | SUBSTITUTION OF COUNSEL; |
| SAMUEL KAAUWAI, III, | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |

NOTICE OF HEARING MOTION

TO:   Assistant U.S. Attorney Marshall Silverberg
      300 Ala Moana Blvd., Room 6-100
      Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that Defendant, by and through his counsel, Glenn Choy, will bring the MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL on for hearing before Honorable _____, Judge of the above-entitled court, in his/her courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, the \_\_\_ day of September, 2006 at the hour of \_\_\_\_ o'clock a.m./p.m. of said day, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, August 31, 2006.

_____
GLENN D. CHOY
Attorney for Defendant

EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| Plaintiff, | ) | |
| | ) | MOTION FOR |
| vs. | ) | WITHDRAWAL AND |
| | ) | SUBSTITUTION OF COUNSEL |
| SAMUEL KAAUWAI, III, | ) | |
| Defendant. | ) | |

MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW SAMUEL KAAUWAI, III, through counsel GLENN CHOY, and hereby moves this Court for an order granting withdrawal and substitution of counsel, permitting Glenn D. Choy to withdraw as counsel, and for appointment of substitute CJA panel counsel.

This motion is based on FRCrP 12(b), 46(C), 47, Crim. LR 57.9, and Title 18 USC Sec. 3143.

DATED: August 31, 2006.

_____
GLENN CHOY
Attorney for Defendant

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| | ) | |
| SAMUEL KAAUWAI, III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF COUNSEL

I, GLENN CHOY, hereby declare as follows:

1. Declarant is the court-appointed attorney for Defendant;

2. Defendant's sentencing is scheduled for October 16, 2006 at 1:30 p.m.;

3. Defendant is charged with being a felon in possession of a firearm; in the subject incident, an individual named Rayna Batara was found carrying a backpack containing a firearm which law enforcement personnel attributed to the constructive possession of Defendant;

4. Declarant has discussed the instant motion with Defendant, and states on information and belief that:

   a. Defendant has given Declarant to believe that he believes he is innocent of the charged offense;

   b. Defendant has given Declarant to believe that he feels that matters such as the concept of legal possession, the credibility and strength of prosecution witnesses, and Fourth Amendment issues have been inadequately explained to Defendant;

   c. Defendant believes that, being uneducated

3

and unversed in reasoning on issues in his case, inadequate time and attention has been devoted by counsel to explaining pertinent matters to him;

   d. Defendant believes that Declarant has provided ineffective assistance to him;

  5. Declarant's view of matters above-raised differs from the apparent view of Defendant; Declarant and Defendant thus differ as to the basis to go forward and proceed to sentencing;

  6. Said differences between Declarant and Defendant has caused fundamental difficulties in proceeding to sentencing;

  7. Disagreements above-described appear intractable and amount to an irretrievable breakdown in the attorney-client relationship;

  8. Wherefore, the granting of Declarant's withdrawal and appointment of substitute counsel is requested;

 I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.
 EXECUTED ON AUGUST 31, 2006.

          _____
          GLENN D. CHOY

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on the date of filing:

    MARSHALL SILVERBERG
    Assistant United States Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Room 6-100
    Honolulu, Hawaii  96813

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, August 31, 2006.

    _____
    GLENN D. CHOY
    Attorney for Defendant

5