ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 28 2006

at 3 o'clock and 55 min P.M.
SUE BEITIA, CLERK

Clayton Kimoto, Attorney at Law 4791-0
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 5364456
Facsimile: (808) 5364988

Attorney for Defendant
SAMUEL K. KAAUWAI III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
|---|---|
| Plaintiff, | ) |
|  | ) NOTICE OF MOTION; |
|  | ) MOTION TO CONTINUE |
| vs. | ) SENTENCING; DECLARATION OF |
| SAMUEL K. KAAUWAI, III | ) COUNSEL; CERTIFICATE OF |
|  | ) SERVICE |
| Defendant, | ) |
|  | ) DATE: |
|  | ) TIME: |
|  | ) JUDGE:   DAVID ALAN EZRA |

ORIGINAL
EXHIBIT 10

## NOTICE OF MOTION

TO: Marshall H. Silverburg
     Assistant United States Attorney
     PJKK Federal Building
     300 Ala Moana Boulevard, Room 6100
     Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable DAVID EZRA, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ at _____., or as soon as counsel may be heard.

Clayton Kimoto, Attorney at Law 4791-0
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4988

Attorney for Defendant
SAMUEL K. KAAUWAI, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248 DAE |
|---|---|
| Plaintiff, | ) MOTION TO CONTINUE ) SENTENCING |
| vs. | ) |
| SAMUEL K. KAAUWAI, III, | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING

COMES NOW the defendant, SAMUEL K. KAAUWAI III, through counsel, Clayton Kimoto, and moves this Honorable Court to continue the sentencing of the captioned matter from the present sentencing date of October 16 ,

2006, to the end of January, 2006.

This motion is based upon the attached Declaration of Counsel and such additional evidence as shall be adduced at a hearing on the merits.

DATED: Honolulu, Hawaii, September 27, 2006.

CLAYTON KIMOTO
Attorney for Defendant
SAMUEL K. KAAUWAI III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| Plaintiff, | ) ) ) | DECLARATION OF COUNSEL |
| vs. | ) ) ) | |
| SAMUEL K. KAAUWAI, III, | ) ) ) ) ) | |
| Defendant. | ) ) ) ) ) ) ) | |

## DECLARATION OF COUNSEL

I, CLAYTON KIMOTO, hereby declare as follows:

1.  I am counsel for defendant, Samuel K. Kaauwai III.

2.  I was recently appointed to the case on September 21, 2006.

3.  Sentencing is presently set for October 16, 2006. Counsel needs more time to familiarize himself with the case. Counsel has not yet reviewed the files and discovery for the case.

4. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, September 27, 2006.

_____
CLAYTON KIMOTO
Attorney for Defendant
SAMUEL KAAUWAI III

## CERTIFICATE OF SERVICE

I, CLAYTON KIMOTO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 28, 2006.

>Marshall H. Silverburg, Asst. U.S. Attorney
>Room 6100, PJKK Federal Building
>300 Ala Moana Blvd., Box 50183

DATED: Honolulu, Hawaii, September 27, 2006.

CLAYTON KIMOTO
Attorney for Defendant
SAMUEL KAAUWAI III

**Abing, Cheri (USAHI)**

**From:** hid_resp@hid.uscourts.gov
**Sent:** Friday, September 29, 2006 7:12 AM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:03-cr-00248-DAE USA v. Kaauwai "Motion to Continue "

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from Clayton K. Kimoto entered on 9/29/2006 at 7:11 AM HST and filed on 9/28/2006
**Case Name:** USA v. Kaauwai
**Case Number:** 1:03-cr-248
**Filer:** Dft No. 1 - Samuel M. Kaauwai, III
**Document Number:** 58

**Docket Text:**
(Notice of Motion;) MOTION to Continue Sentencing - by Samuel M. Kaauwai, III. (Attachments: # (1) Declaration of Counsel# (2) Certificate of Service)(emt, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=9/29/2006] [FileNumber=159301-0]
[412f9906d2af1f6acb1e7924bdd2d23289a759914187a2e996f36dd90942e574d50b
2bca3ae742e588822da61c112a658821763c2c63273bcb99b95fd085419d]]
**Document description:** Declaration of Counsel
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=9/29/2006] [FileNumber=159301-1]
[22f382af45526181f4f7f92f7faf864d037e84943d30aaee746ca4218b1f4eaab504
73a5e60de2159a7d16ecb20b72a69b836192e00e86e2c7df0bbc58663287]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=9/29/2006] [FileNumber=159301-2]
[78ee9ecfe863766d675c9b384ac2d96ab38c18f4580c594da249d8875522c1f9782a
9a873b46a4b047203f95ef69cf2397da9aed1f02770bedfe234b138a40a9]]

9/29/2006

**1:03-cr-248-1 Notice will be electronically mailed to:**

Clayton K. Kimoto     ckimoto@hawaii.rr.com

Marshall H Silverberg    marshall.silverberg@usdoj.gov, cheri.abing@usdoj.gov; USAHI.ECFMajorCrimes@usdoj.gov

**1:03-cr-248-1 Notice will be delivered by other means to:**

9/29/2006