EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Major Crimes Section Chief

MARSHALL SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-Mail: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MEMORANDUM IN |
| vs. | ) | OPPOSITION TO THE DEFENDANT'S |
| | ) | MOTION TO CONTINUE SENTENCING; |
| SAMUEL KAAUWAI, | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

GOVERNMENT'S MEMORANDUM IN OPPOSITION TO THE
DEFENDANT'S MOTION TO CONTINUE SENTENCING

On September 28, 2006, the defendant filed a motion to continue sentencing. Sentencing is presently set for October 16, 2006. The basis for the motion is that the defendant's new counsel needs more time to familiarize himself with the case.

The government is adamantly opposed to any further delays in this case. The government believes that the defendant has manipulated the court and the government in seeking one delay



EXHIBIT 11

after another.  The defendant pleaded guilty on October 17, **_2003_**, almost exactly three years ago.  The presentence report has been prepared and filed.  The defendant's counsel can familiarize himself by reading the presentence report and by talking with the defendant's two prior lawyers.  There has to come a time when this case is finally concluded and the government believes that there is no time like the present.  The government, therefore, opposes the motion to continue the defendant's sentencing.

DATED: October 5, 2006, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Marshall H. Silverberg
   MARSHALL H. SILVERBERG
   Assistant U.S. Attorney

2

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF

CLAYTON K. KIMOTO, ESQ.   ckimoto@hawaii.rr.com   October 5, 2006

Attorney for Defendant SAMUEL KAAUWAI

Served by Hand-Delivery:

Neil W. Tsukayama                                 October 5, 2006
U. S. PROBATION OFFICE
U.S. Courthouse, Room 2-215
300 Ala Moana Boulevard
Honolulu, HI  96850

      DATED: October 5, 2006, at Honolulu, Hawaii.

                                         /s/ Shelli Ann H. Mizukami

**Responses & Replies**
1:03-cr-00248-DAE USA v. Kaauwai

**U.S. District Court**

**District of Hawaii - CM/ECF V2.5 (11/05)**

Notice of Electronic Filing

The following transaction was received from Silverberg, Marshall entered on 10/5/2006 at 3:12 PM HST and filed on 10/5/2006
**Case Name:** USA v. Kaauwai
**Case Number:** 1:03-cr-248
**Filer:** USA
**Document Number:** 59

**Docket Text:**
MEMORANDUM in Opposition by USA as to Samuel M. Kaauwai, III re [58] MOTION to Continue *Sentencing and COS* (Silverberg, Marshall)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/5/2006] [FileNumber=163552-0]
[2fcfea8cccfe7a1c0b1f49925afa85e94acca8982a21d0a55652de9d5a2a60b855c7
cad73608fbe23038597e1a9c062ae37ee5ac27bed0a9bc04ffa436da19bc]]

**1:03-cr-248-1 Notice will be electronically mailed to:**

Clayton K. Kimoto    ckimoto@hawaii.rr.com

Marshall H Silverberg    marshall.silverberg@usdoj.gov, cheri.abing@usdoj.gov; USAHI.ECFMajorCrimes@usdoj.gov

**1:03-cr-248-1 Notice will be delivered by other means to:**