YANCEY, VINCENT                    3-14-03                    03100967
2240 KUHIO AVE.                                               ROBBERY 2

### CID CLOSING REPORT:

**ASSIGNMENT:**
I am presently assigned to the Criminal Investigation Division, Robbery Detail. On 3-14-03/1240 hours, I was assigned to further investigate this case by Lt. Raymond QUON.

**CIRCUMSTANCES:**
On 3-14-03, between the hours of 0245 and 0315 the victim, Vincent YANCEY was sitting on a bench fronting 2240 Kuhio Ave. when he was approached by a female later identified as Tita BLANKENFELD. YANCEY reported that BLANKENFELD offered to "party" with him and he accepted. He said that BLANKENFELD led him into the parking lot elevators of 2240 Kuhio Ave. where they were joined by a male friend of BLANKENFELD'S later identified as Wayne RAMEL. YANCEY said that they then went to the tower elevators and proceeded to an upper floor (specific floor number unknown). YANCEY said that when the elevator doors opened RAMEL and another male later identified as Samuel KAAUWAI III forced him up against a wall and took his property.

YANCEY stated that after the males had taken his property they pushed back into the elevator and he returned to the lobby where he tried to report the robbery to the security guard. YANCEY said that he was very intoxicated at the time and felt that he was not being taken seriously by the hotel security so he went outside to flag down a Police Officer.

YANCEY flagged down Officer R. FIKANI and told him that he had been robbed. Officer FIKANI reported that YANCEY told him he had just been robbed then ran down Kuhio Ave. and turned right onto Royal Hawaiian Ave. YANCEY later returned and informed Officer FIKANI that he was unable to describe the people that had robbed him. Officer FIKANI explained to YANCEY that he would have to describe the events and suspects in order for the Police to locate the suspects. YANCEY refused to provide his personal information or a written statement and left without making a Police report.

On 3-14-03 at about 1127 hours, YANCEY returned to 2240 Kuhio Ave. and reported the incident to the Resident Manager Lane YANDELL. Officer L. KUPIHEA was later sent to initiate a robbery case. While Officer KUPIHEA was speaking with YANCEY, YANDELL approached and handed Officer KUPIHEA a females State of Hawaii

1

**EXHIBIT 12**

YANCEY, VINCENT                    3-14-03                    03100967
2240 KUHIO AVE.                                               ROBBERY 2

ID card (Tita BLANKENFELD) and explained that the female had
checked out a luggage cart and left the State ID as collateral.
As YANCEY described the female that had lured him in to the
apartment building Officer KUPIHEA realized that the female
depicted on the State ID matched the description. Officer KUPIHEA
did not show the State ID to YANCEY. Officer KUPIHEA requested
additional units and District 6 CRU Officers arrived and viewed
the State ID.

While the Officers were still in the lobby of 2240 Kuhio Ave.
Tita BLANKENFELD was seen walking through the lobby and was
stopped by Officer S. YANG. Officer YANG informed BLANKENFELD
that she was being detained as a possible suspect in a robbery.
BLANKENFELD told Officer YANG that the males that he was looking
for were named Samuel KAAUWAI and Wayne RAMEL and that KAAUWAI
was due to return to the hotel shortly. Officer YANG generated
two photographic line-ups (one consisted of KAAUWAI'S picture and
five other individuals and the other consisted of RAMEL'S picture
and five other individuals) Officer YANG showed the line-ups to
YANCEY. YANCEY was able to positively identify KAAUWAI as one of
the males that had robbed him but was unable to identify RAMEL.

On 3-14-03, at about 1430 hours, Samuel KAAUWAI arrived at the
lobby of 2240 Kuhio Ave. with his estranged girlfriend Rayna
BATARA. Officer YANG arrested KAAUWAI for the offense of Robbery
in the Second Degree as well as two outstanding warrants. BATARA
was detained and later interviewed as a witness. KAAUWAI was
found to be in possession of $1554.00 and a small package
containing what appeared to be crystal meth-amphetamine. KAAUWAI
was also arrested for Promoting Dangerous Drugs in the Third
Degree.

On 3-14-03, I interviewed Rayna BATARA at 2240 Kuhio Ave. she
explained that KAAUWAI had picked her up to help him move from
his apartment (#1701). She said that when they arrived at 2240
Kuhio Ave. KAAUWAI had asked her to carry his black Nike brand
backpack. She did so. BATARA explained that KAAUWAI had abused,
kidnapped and sexually assaulted her in the past so she did what
he said. She added that she had seen KAAUWAI with the same black
Nike brand backpack about a week or two prior to him being
arrested on 3-14-03. The Nike backpack was recovered as evidence.

YANCEY, VINCENT                3-14-03                      03100967
2240 KUHIO AVE.                                             ROBBERY 2

**TIME ELEMENT:**
YANCEY stated that he had been robbed on 3-14-03 between the hours of 0245 and 0315.

**SCENE:**
The scene of the robbery was an unknown upper floor of 2240 Kuhio Ave.

**SYNOPSIS OF VICTIM'S STATEMENT:**

Vincent YANCEY
5-11-74 / 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
1133 Waimanu St. #2409 Honolulu, HI.

YANCEY stated that on 3-14-03, between the hours of 0245 and 0315 he was sitting on a bench fronting 2240 Kuhio Ave. when he was approached by a female later identified as Tita BLANKENFELD. YANCEY reported that BLANKENFELD offered to "party" with him and he accepted. He said that BLANKENFELD led him into the parking lot elevators of 2240 Kuhio Ave. where they were joined by a male friend of BLANKENFELD'S later identified as Wayne RAMEL. YANCEY said that they then went to the tower elevators and proceeded to an upper floor (specific floor number unknown). YANCEY said that when the elevator doors opened RAMEL and another male later identified as Samuel KAAUWAI III forced him up against a wall and took his wristwatch, keys, and wallet containing his HDL, credit cards and misc. items and approximately $2000.00 in US currency.

YANCEY stated that after the males had taken his property they pushed him back into the elevator and he returned to the lobby where he tried to report the robbery to the security guard. YANCEY said that he was very intoxicated at the time and felt that he was not being taken seriously by the hotel security so he went outside to flag down a Police Officer. Refer to the HPD252 completed by YANCEY.

**WEAPON USED:**
During the robbery of YANCEY the use of a weapon was not threatened nor was one seen. Physical force was used against YANCEY causing him to fear for his safety and to relinquish his belongings.

YANCEY, VINCENT                3-14-03                          03100967
2240 KUHIO AVE.                                                 ROBBERY 2

**DEMAND MADE:**
During the robbery of the YANCEY the suspects demanded the victim's wallet and car keys and wristwatch. They also searched him and removed cash from his pants pocket.

**NO INJURIES SUSTAINED:**
No one was injured in the robbery.

**ITEMS TAKEN:**
1) Approximately $2000.00 in US currency.
2) Louis VITTON men's brown wallet containing YANCEY'S HDL, credit cards and misc. items
3) Tudor brand Tiger Woods edition wristwatch chrome in color.

**PERSONNEL INVOLVED:**
PATROL:
Officer L. KUPIHEA #462125/Robbery 2 initial report 03100967
Sgt. J. STRICKLAND #477200/On scene supervisor

D6 CRU:
Officer S. YANG     #100412/Photo lineups and arrest
Officer F. EVERETT  #100580/Evidence recovery and Narco arrest
Officer B. BLACKWELL #101372/Transport
Sgt. C. PARK        #687650/D6 CRU Supervisor on scene

CID:
Lt. R. QUON         #715700/Robbery Detail supervisor
Det. B. JOHNSON     #005948/Lead Detective

SIS:
Ev. Spec. C. FRASER #2010003/Photographs, Latent and evidence
                              recovery

**SYNOPSIS OF WITNESS STATEMENTS:**

WITNESS #1:                   Earl ROPER
                       7-13-32 / 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
                          94-441 Kiau Pl.

Earl ROPER is employed as a Security Guard at the Royal Kuhio Apartment Building located at 2240 Kuhio Ave. He was so employed and on duty the morning of 3-14-03. ROPER reported seeing the victim and a female (BLANKENFELD) go through the lobby of the building together to the garage elevators. He also saw another male that he believed was a resident going through the lobby area

4

```
YANCEY, VINCENT                      3-14-03                    03100967
2240 KUHIO AVE.                                                 ROBBERY 2
```

to the garage elevators. He later saw the victim, BLANKENFELD and the third male return to the lobby and go into the tower elevators. ROPER said that after a few minutes he saw the victim return to the lobby yelling that he had just been robbed. ROPER said that the victim asked him to get the videotapes from the building surveillance cameras. ROPER said that he went out of the lobby to Kuhio Ave. to flag down a Police Officer but did not see any. He added that the victim was able to locate a Police Officer to report the incident so he retuned to his duties inside the building. ROPER said that on 3-14-03 at about 1300 hours, he returned to work and reviewed the surveillance videotape from his shift and observed the victim and BLANKENFELD on the tape. ROPER turned over the tape to Officer L. KUPIHEA who submitted it into evidence.

```
WITNESS #2              Rayna BATARA
                     10-27-71 / 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
                         1020 Luaole St.
```

BATARA was KAAUWAI'S estranged girlfriend and with him On 3-14-03 when he was arrested at 2240 Kuhio Ave. BATARA reported that on 3-14-03, KAAUWAI had picked her up at her house and that they had gone to the store to buy personal toiletry items. She said that KAAUWAI had told her that he needed her help moving so she went with him to 2240 Kuhio Ave. She said that when they arrived KAAUWAI asked her to carry his Nike brand black backpack so she did. She said that she knew the backpack was his because she had seen him with it on previous occasions. She said that when they exited the garage elevators into the Lobby area the Police were there and arrested KAAUWAI. BATARA related that nothing in the Nike backpack belonged to her and that she no knowledge of what it contained.

**SYNOPSIS OF BLANKENFELD'S STATEMENT:**
On 3-14-03 I responded to 2240 Kuhio Ave. At about 1415 hours, I read Tita BLANKENFELD her Constitutional Warnings via HPD form 81 titled Warning Persons being Interrogated of their Constitutional Rights. BLANKENFELD said that she understood her rights and agreed to a tape-recorded interview.

BLANKENFELD said that on 3-14-03, at about 0245 hours, she had been approached by a male later identified as YANCEY who followed her and asked her if she wanted to party. She said that she told YANCEY to leave her alone but he was persistent. She said that when she went back into the lobby area of 2240 Kuhio Ave. to meet

YANCEY, VINCENT          3-14-03                     03100967
2240 KUHIO AVE.                                      ROBBERY 2

her boyfriend, Wayne RAMEL of YANCEY had followed her into the
garage elevator. She said that they went to the fifth parking
level where RAMEL got into the elevator and that they then went
back down to the lobby and got into the tower elevator. She said
that RAMEL selected the 17th floor and that when the elevator
stopped he and YANCEY exited. She explained that she proceeded to
her apartment on the 23rd floor and had not seen RAMEL or YANCEY
since. She said that at about 0700 hours, she had asked Samuel
KAAUWAI why RAMEL was not retuning her pages and he uttered that
he had "jacked the kid." She took this to mean that KAAUWAI had
robbed YANCEY.

For further information regarding BLANKENFELD'S statement refer
to the transcripts of the tape-recorded interview.

**PHOTOGRAPHIC LINE-UPS:**
On 3-14-03, Officer S. YANG prepared a photographic line-up
containing a photograph of Samuel KAAUWAI and five other males
with similar characteristics. The photographs were marked in
numerical sequence 1 to 6 as follows:

        #1  Kendall TOM Jr.      A-1003324
        #2  Jack MANINI          A-195798
        #3  Kapena KAHAPEA       A-1011489
      * #4  Samuel KAAUWAI       A-165968
        #5  John KEALOHA         A-713309
        #6  William JOHN Jr.     A-229652
       (* denotes the suspect)

On 3-14-03, Officer S. YANG prepared a second photographic line-
up containing a photograph of Wayne RAMEL and five other males
with similar characteristics. The photographs were marked in
numerical sequence 1 to 6 as follows:

        #1  Marlon GAMBOL        A-208313
        #2  Dennis SISON         A-1055725
      * #3  Wayne RAMEL          A-102616
        #4  Terence GUILLERMO    A-1056720
        #5  Donovan ARLANTICO    A-180996
        #6  Renato GOROSPE       A-10314479
       (* denoted the suspect)

For information regarding the photographic lineups made by
Officer S. YANG and shown to YANCEY refer to his follow-up
report.

6

YANCEY, VINCENT           3-14-03                           03100967
2240 KUHIO AVE.                                             ROBBERY 2

On 3-14-03, I prepared a photographic line-up containing a photograph of Tita BLANKENFELD and five other females with similar characteristics. The photographs were marked in numerical sequence 1 to 6 as follows:

         #1  Darlene KALILIEHA    A-262625
         #2  Michele BERTOLA      A-243018
         #3  Haddie LII           A-754715
         #4  Donna MANAOLE        A-1035361
       * #5  Tita BLANKENFELD     A-184626
         #6  Jocelyn MAHOE        A-212267
         (* denotes the suspect)

**SUSPECTS IDENTIFIED:**
YANCEY was able to identify KAAUWAI in the photographic line-up shown to him by Officer S. YANG. Refer to Officer YANG'S follow-up report for further information. YANCEY was unable to identify RAMEL or BLANKENFELD.

During my interview with Tita BLANKENFELD, I showed her the two photographic line-ups made by Officer YANG with KAAUWAI and RAMEL depicted. She was able to positively identify Wayne RAMEL as the male who was in the elevator with her and YANCEY. She also positively identified KAAUWAI as the male that had told her that he had "jacked the kid".

During the interview with KAAUWAI, I showed him two photographic line-ups with RAMEL and BLANKENFELD depicted. KAAUWAI was able to positively identify BLANKENFELD as the female who had approached him and asked for his assistance in robbing YANCEY. KAAUWAI was also able to positively identify RAMEL as the male that had robbed YANCEY.

**SUSPECTS INFORMATION:**

SUSPECT #1              Samuel M. KAAUWAI III
            A-165968 / 5-12-66 / 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
         3652 Likini St. Honolulu, HI. 96818
      Hawaiian mix male/5'9"/210 lbs./Black hair/Brown eyes

SUSPECT #2              Wayne R. RAMEL
            A-102616 / 12-7-57 / 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
         827 Kinau St. #306D Honolulu, HI. 96813
      Filipino/Caucasian mix male/' "/ lbs./Black hair/Brown eyes

7

YANCEY, VINCENT                3-14-03                        03100967
2240 KUHIO AVE.                                               ROBBERY 2

SUSPECT #3              Tita BLANKENFELD
                    A-184626 / 7-6-60 / 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
            2240 Kuhio Ave. #230? Honolulu, HI. 96813
Caucasian/Hawaiian mix female/5'6"/140 lbs./Brown hair/Brown eyes

**ARRESTS:**
Officer S. YANG arrested KAAUWAI for the offense of Robbery in
the Second Degree as well as two outstanding warrants.

Officer F. EVERETT arrested KAAUWAI for the offense of Promoting
Dangerous Drugs in the Third Degree.

Refer to the arresting Officer's reports respectively for further
facts regarding the arrests.

**INTOXILYZER:**
On 3-14-03 at about 1640 hours, Officer D. TAKUSHI administered a
Felony Intoxilyzer test on Samuel KAAUWAI. The result showed that
KAAUWAI'S BAC. was .000.

**CONSTITUTIONAL WARNINGS/STATEMENTS:**
On 3-15-03 at about 1525 hours, I read Samuel KAAUWAI his
Constitutional warnings via HPD form 81 titled Warning Persons
Being Interrogated of Their Constitutional Warnings. KAAUWAI
indicated that he understood his rights and agreed to a tape-
recorded interview.

During the interview KAAUWAI said that he had been approached by
BLANKENFELD who solicited his help to rob YANCEY. He said that
BLANKENFELD had set the whole thing up with Wayne RAMEL and they
wanted his assistance because they knew that he had robbed people
in the past. KAAUWAI said that he declined to assist them and
went to his apartment on the 17th floor (#1701). He said that he
was leaving his apartment to meet someone when the elevator doors
opened and RAMEL exited and gestured excitedly towards the
interior of the elevator. He said that RAMEL forced YANCEY out of
the elevator and pushed him up against a wall. KAAUWAI said that
BLANKENFELD left the elevator and went into the stairwell.
KAAUWAI said that RAMEL was searching YANCEY so he told YANCEY to
"keep his hands against the wall". KAAUWAI said that he did this
so that YANCEY would not try anything and get hurt by RAMEL. He
also said that it was a coincidence that he happened to be in the
hallway when RAMEL and BLANKENFELD brought YANCEY to his floor.
KAAUWAI further denied ownership of the Black Nike brand backpack

YANCEY, VINCENT           3-14-03           03100967
2240 KUHIO AVE.                        ROBBERY 2

or any of its contents. He denied knowing what was in the backpack and said that nothing in the backpack would have his fingerprints on it.

For further information regarding KAAUWAI'S statement refer to the transcripts.

**EVIDENCE RECOVERED:**
1) Video surveillance tape from 2240 Kuhio Ave. recovered by Officer L. KUPIHEA
2) Nike brand backpack carried by Rayna BATARA for KAAUWAI recovered by Officer F. EVERETT
3) $1554.00 US currency found in KAAUWAI'S possession recovered by Officer F. EVERETT.
4) Package containing what appeared to be meth-amphetamine found in KAAUWAI'S possession recovered by Officer F. EVERETT.
5) Breitling watch and Guess watch found in KAAUWAI'S possession.

**SEARCH WARRANT OBTAINED/EXECUTED:**
On 3-17-03, I obtained a search warrant from Judge McKENZIE to search the black Nike brand backpack for YANCEY'S belonging stolen from him during the robbery. I executed the search warrant on 3-17-03, at the Main Police Station with the assistance of Detectives T. NAKAMURA and M. OGAWA and Ev. Tech. C. FRASER.

**FURTHER EVIDENCE RECOVERED:**
YANCEY'S driver's license, Bank of Hawaii Visa card and Sears's charge card were recovered from the front pocket of the Nike backpack. In addition to the above-mentioned items a black Beretta semi-automatic pistol was found in a maroon pouch inside the main compartment of the backpack. The pistol was loaded with the magazine containing five .380 auto rounds.

For a complete list of items recovered from the black Nike backpack refer to the evidence reports submitted with this report.

**LAB WORK COMPLETED:**
The packet of white crystal substance found in KAAUWAI'S possession when he was arrested tested positive for .309 grams of Methamphetamine. Test conducted by Ev. Spec. L. KALAPA.

The Beretta pistol found in the Nike brand backpack identified to be KAAUWAI'S was dusted for latent prints by Ev. Spec. C. FRASER. No latents were recovered. The pistol tested operational as did

YANCEY, VINCENT                    3-14-03                         03100967
2240 KUHIO AVE.                                                    ROBBERY 2

the rounds found in the gun. The firearm tests were conducted by
Ev. Spec. C. SAITO.

Three latent fingerprints were found on the pages of a small
spiral notebook that was recovered from within the main
compartment of the Nike brand backpack by Ev. Spec. L. MURAKAMI.
These latents were later positively identified as belonging to
Samuel KAAUWAI by ID Tech. S. KAMAKANA.

A latent print comparison was done comparing the prints recovered
from Samuel KAAUWAI on 3-14-03 subsequent to his arrest to the
prints recovered from him regarding one of his prior felony
convictions for Criminal Property Damage 1 under HPD report
number 01244005. Per ID Tech. K. VASCONCELLOS the prints obtained
from KAAUWAI on 3-14-03 matched those recovered from his prior
felony conviction.

For information regarding the above tests and comparisons refer
to the respective technician's reports.

**WEAPON NOT IDENTIFIED:**
The serial number on the .380 semi-automatic pistol recovered
from the Nike backpack had been obliterated. Attempts to restore
the number were unsuccessful.

**SPONTANEOUS UTTERANCE MADE:**
On 4-22-03, at about 0940 hours, I received a telephone call at
my desk from KAAUWAI who was still incarcerated in OCCC. KAAUWAI
asked if the robbery case against him was still ongoing. I
informed him that it was still being investigated and informed
him that an ATF Agent and I wanted to speak to him in regards to
the case. KAAUWAI responded by asking "Why the ATF, because of
the weapon in the backpack?" KAAUWAI asked me for the ATF Agents
name. I declined to provide any information regarding the ATF
Agent and asked if KAAUWAI was willing to talk to us on Thursday,
4-24-03. KAAUWAI informed me that he did not want to speak with
me or the ATF Agent without his attorney being present and that
he would just wait for Grand Jury. I then ended the telephone
call.

**CONNECTING REPORTS:**
Pro. Dang. Drug III / 03105787
Pro. Dang. Drug III / 03101184
Drug Para. / 03105788
Place to Keep Firearms / 03105796

YANCEY, VINCENT                  3-14-03                    03100967
2240 KUHIO AVE.                                             ROBBERY 2

**A.T.F. NOTIFIED:**
ATF Agent J. LOWE was apprised of the facts and circumstances regarding these cases and provided a copy of the reports.

**FEDERAL ARREST WARRANT ISSUED:**
ATF Agent LOWE obtained a Warrant of Arrest for Samuel KAAUWAI for Felon in Possession of a Firearm.

**GRAND JURY INDICTMENT:**
KAAUWAI was subsequently indicted for the above offense.

**CONFERRAL WITH LIEUTENANT:**
On 6-12-03, I apprised Lt. R. QUON of the facts and circumstances regarding these cases.

**DISPOSITION:**         Case Pending Further Investigation


_____              _____
Det. Brian JOHNSON, #005948          Lt. Raymond QUON, #15700
6-25-03/0930 hours.                  6.25.03