```
UNITED STATES OF AMERICA,      )  CR. NO. 03-00248 DAE
                               )
        Plaintiff,              )  CERTIFICATE OF SERVICE
                               )
    vs.                        )
                               )
SAMUEL M. KAAUWAI,             )
                               )
        Defendant.              )
_____)
```

## CERTIFICATE OF SERVICE

I, EMMETT E. LEE LOY, hereby certify that a true and exact copy of the foregoing document was duly served electronically to the following on January 17, 2007:

MARSHALL SILVERBERG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii, 96850
E-Mail: Marshall.Silverbert@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, January 17, 2007.

/s/Emmett E. Lee Loy
EMMETT E. LEE LOY
Attorney for Defendant
SAMEUL M. KAAUWAI