EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-Mail: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MEMORANDUM IN |
| | ) | OPPOSITION TO THE DEFENDANT'S |
| vs. | ) | MOTION TO ALLOW ATTORNEY |
| | ) | EMMETT E. LEE LOY TO WITHDRAW; |
| SAMUEL M. KAAUWAI, III, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | Date: January 26, 2007 |
| | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Barry M. Kurren |

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO THE DEFENDANT'S MOTION TO ALLOW ATTORNEY EMMETT E. LEE LOY TO WITHDRAW**

Once again the defendant has filed a motion to have his counsel withdraw. It involves an alleged conflict that is so minor that it defies belief. The government is opposed to the defendant's motion in the strongest possible terms.

DATED: January 23, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Marshall Silverberg
  MARSHALL SILVERBERG
  Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF

EMMETT LEE LOY, ESQ.　　　　　　　　　　kahiki45@netscape.com
Attorney for Defendant
  SAMUEL KAAUWAI


        DATED: January 24, 2007, at Honolulu, Hawaii.


                        /s/ Cheri Abing