# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/26/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 03-00248DAE

CASE NAME:          USA v. Samuel K. Kaauwai, III

ATTYS FOR PLA:      Marshall H. Silverberg

ATTYS FOR DEFT:     Emmett E. Lee Loy

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    01/26/2007               TIME:       11:46 - 11:51

COURT ACTION:  EP: [83] Motion to Withdraw as Counsel - deft present in custody. Motion DENIED.  Silverberg to prepare the order.  Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager