EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-Mail: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMUEL M. KAAUWAI, III, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order Denying Defendant's Motion to Allow His Counsel, Emmett Lee Loy, Esq., to Withdraw was submitted to Magistrate Barry M. Kurren for signature and was served on Emmett Lee Loy, Esq. on January 29, 2007 via e-mail: kahiki45@netscape.com.

DATED:  January 29, 2007, at Honolulu, Hawaii.

/s/ Cheri Abing
CHERI ABING
Legal Assistant