Samuel M. Kaauwai, III					February 15, 2007
Reg.#89783-022
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

Emmett E. Lee Loy
Attorney at Law
758 Kapahulu Ave. #429
Honolulu, Hawaii 96816

Re: <u>United States v. Kaauwai</u>, Cr. No. 03-00248 DAE

Dear Mr. Lee Loy:

    On January 23, 2007, I requested from you a copy of the filed motion to withdraw, and on February 6th and 9th, 2007, I requested from you a copy of the transcripts and sound recordings of my plea colloquy. As I explained, these items are particularly important as they will support my position in withdrawing my guilty plea. So far I have not received a response from you and I write to ask for an explanation and to document my attempts.

    Upon our brief meeting on February 9, 2007, which ended with you walking off in the middle of our conversation, I have realized that you are in no way taking any interest in my defense. Aside from your verbal assaults and reckless accusations, you have rendered to me what the law constitutes as ineffective assistance of counsel. You refuse to listen to my requests; you continuously attempt to extract from me a confession; and you have made numerous insults directed at my level of education which has caused me insult and harm.

    It is upon these conditions that I declare there to be a complete breakdown in communications, and therefore I request that you file a motion to withdraw as my counsel because you cannot provide me with the effectiveness of legal assistance that the Sixth Amendment to our Constitution demands.

                                                        With concern, I am

                                                        Samuel M. Kaauwai, III
                                                        Defendant