EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-Mail: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

          IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-0248 DAE |
| | ) | |
|     Plaintiff, | ) | GOVERNMENT'S RESPONSE TO THE |
| | ) | DEFENDANT'S MOTION FOR |
|   vs. | ) | SUBSTITUTION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| SAMUEL M. KAAUWAI, III, | ) | |
| | ) | Date: April 3, 2007 |
|     Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Kevin S. C. Chang |
| _____ | ) | |

            **GOVERNMENT'S RESPONSE TO THE DEFENDANT'S**
                **MOTION FOR SUBSTITUTION OF COUNSEL**

          Once again the defendant has filed a motion to have his

counsel withdraw.  It is apparent to us that the defendant

either: (1) is delaying the proceedings as long as possible for

reasons we do not know; or (2) is simply unable to work without

rancor with *any* attorney thus far.  We suggest that the Court

inquire of Mr. Kaauwai if he knows of any attorney in Hawaii with

whom he believes he can have a conflict-free relationship, even

if that attorney is not a member of the CJA panel.  If there is

such an attorney, then the government suggests that the Court

appoint him or her so that this case, which is now four years old, can finally be resolved.

     Dated: March 29, 2007, at Honolulu, Hawaii.

               EDWARD H. KUBO, JR.
               United States Attorney
               District of Hawaii


        By:   /s/ Marshall Silverberg
               MARSHALL SILVERBERG
               Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF

EMMETT LEE LOY, ESQ.                    kahiki45@netscape.com

Attorney for Defendant
SAMUEL KAAUWAI

DATED:  March 29, 2007, at Honolulu, Hawaii.


                    /s/ Cheri Abing