```
EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-Mail: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-0248 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMUEL M. KAAUWAI, III, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

        I hereby certify that a copy of the Government's Response to the Defendant's Motion for Substitution of Counsel, filed electronically through CM/ECF on March 29, 2007, will be served, via first class mail, upon defendant Samuel M. Kaauwai, III, at the address listed below:

```
            SAMUEL M. KAAUWAI, III
            Reg. #89783-022
            FDC Honolulu
            P. O. Box 30080
            Honolulu, HI  96820
```

      DATED:  March 29, 2007, at Honolulu, Hawaii.

                                    /s/ Cheri Abing