# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/3/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR03-00248DAE

CASE NAME:       USA v. Samuel K. Kaauwai, III

ATTYS FOR PLA:   Marshall Silverberg

ATTYS FOR DEFT:  Emmett Lee Loy

INTERPRETER:

|           |                   |           |              |
|-----------|-------------------|-----------|--------------|
| JUDGE:    | Kevin S. C. Chang | REPORTER: | FTR C5       |
| DATE:     | 4/3/2007          | TIME:     | 10:05-10:13:08am |

COURT ACTION:  EP:
1. Motion for Substitution of Counsel
2. Status Conference Re: Resetting of Motion to Withdraw Guilty Plea or Re: Resetting Sentencing Date

Defendant present, in custody.

Motion for Substitution of Counsel. Defendant addresses the court. Government has no opposition and willing to waive any objection to "attorney shopping". Defendant hands government a list of five names of counsel defendant wishes to represent him. Government has no opposition to any of the five counsel listed. Court reviews Defendants Reply to Government's Response to Defendant's Motion for Substitution of Counsel and will grant the Motion and direct that new CJA counsel Pamela Tamashiro be appointed.

Court will prepare the order of appointment.

Defendant remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager