SAMUEL M. KAAUWAI, III
Register No. 89783-022
Federal Detention Center, Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, acting pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 3 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00248-DAE |
| Plaintiff, | ) | |
| vs. | ) | REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL |
| SAMUEL M. KAAUWAI, III, | ) | |
| Defendant. | ) | |

**COMES NOW** defendant Samuel Kaauwai, acting pro se, and hereby submits his reply to the Government's response to his motion to substitute counsel.

Based on the non-opposition from the Government and its suggestion that this Court appoint counsel of defendant's choice, Samuel Kaauwai respectfully requests this Honorable Court to appoint one of the following attorneys:

1. Keith S. Shigetomi
2. William A. Harrison
3. Walter R. Schoettle
4. Scot S. Brower
5. Pamela E. Tamashiro

DATED: Honolulu, Hawaii, April 2, 2007.

Respectfully submitted,

Samuel M. Kaauwai, III
Defendant, acting pro se