THE LAW OFFICE OF WILLIAM M. DOMINGO
WILLIAM M. DOMINGO #3944
ATTORNEY AT LAW

568 HALEKAUWILA STREET, 2ND FLOOR
HONOLULU, HAWAI'I 96813
PHONE: (808) 521-4323
FACSIMILE: (808) 545-2628
EMAIL: wmdomingo@yahoo.com
Attorney for Defendant
SAMUEL M. KAAUWAI, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248DAE |
|---|---|
| Plaintiff, | ) |
|  | ) MOTION FOR WITHDRAWAL |
|  | ) AND SUBSTITUTION OF |
| vs. | ) COUNSEL |
|  | ) |
| SAMUEL M. KAAUWAI, III, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW the defendant, SAMUEL M. KAAUWAI, III, through counsel, WILLIAM M. DOMINGO, and moves this Honorable Court to allow him to withdraw as counsel and for the appointment of another CJA panel counsel for

EXHIBIT "B"

the reason that there is a conflict of the attorney-client relationship, as set forth in the attached Declaration of Counsel.

DATED: Honolulu, Hawaii, August 9, 2005.

*/s/ William M. Domingo*
WILLIAM M. DOMINGO
Attorney for Defendant
SAMUEL M. KAAUWAI, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00248DAE |
| Plaintiff, | ) <br> ) DECLARATION OF COUNSEL |
| vs. | ) |
| SAMUEL M. KAAUWAI, III, | ) |
| Defendant. | ) |

### DECLARATION OF COUNSEL

I, WILLIAM M. DOMINGO, hereby declare as follows:

1. That I am counsel for defendant, SAMUEL M. KAAUWAI, III, having been appointed pursuant to the Criminal Justice Act.

2. On August 8, 2005, declarant was contacted by defendant who instructed me to file a motion to withdraw as counsel.

3. Defendant was unsatisfied with delarant's representation and gave notice of his intention to withdraw his guilty plea and go to trial.

4. It is my belief that Mr. Kaauwai does not trust my abilities or my judgment in this case and will allege my particular failings in his subsequent

motion to withdraw his plea.

5. Based upon the reason set forth above, it is not possible for me to continue to provide meaningful representation to SAMUEL M. KAAUWAI, III.

6. It would be in the interest of justice that this Court appoint new counsel for Defendant.

7. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, August 9, 2005.

*/s/ William M. Domingo*
WILLIAM M. DOMINGO
Attorney for Defendant
SAMUEL M. KAAUWAI, III

2

## **CERTIFICATE OF SERVICE**

I, WILLIAM M. DOMINGO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on August 9, 2005:

MARSHALL SILVERBERG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, August 9, 2005.

WILLIAM M. DOMINGO
Attorney for Defendant
SAMUEL M. KAAUWAI, III