Page 1 of 4
03-100-967
Robbery I
2240 Kuhio Ave
03-14-03/0330 Hours

## FOLLOW UP

### ASSIGNMENT:

On Friday, 03-14-03 at about 1800 hours, I was assigned by Lt. M. AIONA to completed a follow up concerning a robbery case at 2240 Kuhio Avenue, under report # 03-100-967.

### BACKGROUND INFORMATION:

On Friday, 03-14-03 at about 0315 hours, while on routine patrol, I was flagged down fronting 2240 Kuhio Avenue (Royal Kuhio) by a Caucasian/mix male, who was later identified as Vincent YANCEY.

### COMPLAINANT'S STATEMENT:     Vincent YANCEY (28) Male

Vincent YANCY said, "I was robbed!  Hurry the guys are getting away."  V. YANCY then ran down Kuhio Avenue, turning right on Royal Hawaiian.

### AREA CHECK:

I proceed right from Royal Hawaiian Avenue, onto Kuhio Avenue, then left onto Seaside Avenue, then left onto Aloha Drive and then left back to Royal Hawaiian Avenue.  I then drove to the front entrance of the the Royal Kuhio.  I was unable to locate V. YANCEY who ran off looking for the suspects.  I informed Central Dispatch that I was be off at the Royal Kuhio.  Officer J. FIATOA arrived shortly after I informed Central Dispatch.

A few minutes later, V. YANCY returned to the front of the Royal Kuhio.

### COMPLAINANT'S STATEMENT/ACTIONS:  Vincent YANCEY (28) Male

When V. YANCY returned he was upset and wanted me to assist him in locating the persons who robbed him.  V. YANCY said, what are you doing, why aren't you looking for the guys who robbed me?" As V. YANCEY spoke I could smell the strong odor of an alcoholic beverage emitting from his breath.

*I explained to V. YANCY that I needed to gather information to assist him.  I told him that I needed to get a description of the parties involved in the incident.*

V. YANCY said, "I don't know what these guys look like.  Your wasting time, what I need from you is to go out and find the guys who robbed me."

R. FIKANI    3605/100434    03-15-03/0645    Approved by:

EXHIBIT "E"

SK DISCOVERY 000000106

Page 2 of 4
03-100-967
Robbery I
2240 Kuhio Ave
03-14-03/0330 Hours

## FOLLOW UP

## COMPLAINANT'S STATEMENT/ACTIONS (cont):   Vincent YANCEY (28) Male

*I again explained to V. YANCY that I needed to gather information to assist him. I told him that I needed to get a description of the parties involved in the incident.*

V. YANCY said," Your just wasting time, I told you that I do not know what they look like."

*I asked V. YANCY to explain what had happened.*

V. YANCY said, "I'm not going to bullshit you, I was looking to buy a big load of marijuana. Vincent then said, "Come on help me. I want you to and your partner to drive around and look for the guys who robbed me."

*I for the third time explained to V. YANCY that I needed to gather information to assist him. I told him that I needed to get a description of the parties involved in the incident. I informed V. YANCY that base on his verbal stated that an investigation could be initiated and that he could be arrested, but I reassured V. YANCY that I wanted to assist him with his case, but that I needed the information to assist him.*

V. YANCY said, "Look what I need from you is to drive me around to find the guys who robbed me? You no good for nothing mother fuckers, won't help me find the guys.

*I explained to V. YANCY, that we could not look for the suspects, since he has not and stated that he could not identify the suspects and that I need the description so that I could have more police officers looking for the suspects who robbed him.*

V. YANCY became upset and stated that he did not believe that the fucking police would not help him find the people who robbed him.

*I asked V. YANCY if he would provide his personal information and a written statement.*

V. YANCY stated that he did not want to give me any of his personal information and did not want to provide me with a written statement. V. YANCY stated that he did not want to prosecute the suspects. V. YANCY said, "All I want you to do is find the Fuckin guys who robbed me.

V. YANCY stated that he was robbed inside that Royal Kuhio and that they have cameras and must have the incident on tape. V. YANCY then ran into the Royal Kuhio and

R. FIKANI   3605/I00434   03-15-03/0645          Approved by:

Page 3 of 4
03-100-967
Robbery I
2240 Kuhio Ave
03-14-03/0330 Hours

## FOLLOW UP

### COMPLAINANT'S STATEMENT/ACTIONS (cont):

confronted the Security Officer asking for a video tape. When the Security Officer told V. YANCY that there is no taping and that he did not see the incident happen V. YANCY became upset and said, "What are you fuckin good for?" "I pay you guys good money to protect me from this shit. "An then you guys don't fucking help me."

V. YANCEY then repeated that all he wanted was for us to drive around and look for the suspects who took his money and his watch.

*I reexplained to V. YANCY that we could not look for suspects without a description. I asked V. YANCY to give me a description of the suspects.*

V. YANCY would not give me any description of the suspects, but instead said, "Fuckin pigs good for nothing."chose to complain about use not helping him.

*I asked V. YANCY to explain what had happen?*

That he was off on vacation from work and that he did not have to work. V. YANCY then stated that he had been drinking and that he had drank a lot.   V. YANCY admitted to being drunk.

V. YANCY stated that he was sitting outside the Royal Kuhio wrapping with a chick, when he was asked if he wanted to smoke. V. YANCY was up for that and that he thought that he might get alittle.

V. YANCY then stopped and stated, "Fuck you guys!" and began to walk off.

*I asked V. YANCY to stop. I told him that HPD wants to assist him with his case, but that I needed to get a description, a written statement, in order to assist him the best that I can.*

V. YANCY stated that he did not want to file a report, that he just wanted us to drive around an locate that suspects who took is stuff, but that we can do that so, he doesn't want to do anything.

R. FIKANI    3605/100434    03-15-03/0645        Approved by:

Page 4 of 4
03-100-967
Robbery I
2240 Kuhio Ave
03-14-03/0330 Hours

## FOLLOW UP

### VICTIMS CONDITION:

As V. YANCEY spoke I could smell the strong odor of an alcholic beverage emitting from his breath.

### INJURIES:

Vincent stated that he was not injured and there was no visible signs of injury.

### SCENE/TIME ELEMENT:

03-14-03/0245 to 0315 Hours
Royal Kuhio Parking Garage (Floor unknown)
2240 Kuhio Avenue

### VIDEO TAPE:

The Security Officer on Duty stated that there was no video tape.

### SUSPECT's DESCRIPTION:

UNKNOWN.  Vincent YANCEY stated that he could not identify any of the suspects involved.

### DISPOSITION:

Pending CID

R. FIKANI   3605/100434   03-15-03/0645      Approved by:

SK DISCOVERY 000000108