

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*  (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*  FAX (808) 541-2958
*Honolulu, Hawaii 96850*

April 19, 2007

Pamela E. Tamashiro, Esq.
707 Richards Street, Penthouse 7
Honolulu, Hawaii  96813

Re: U.S. v. Kaauwai, Cr. No. 03-00248 DAE

Dear Ms. Tamashiro:

This is in reply to your letter of April 16, 2007.

It now appears to me that even though I sent voluminous discovery materials previously to Mr. Kaauwai's first attorney, William Domingo, some of the police reports and laboratory results were not included in those materials. Consequently, I am enclosing a new set of bate stamped materials which is a complete copy of the investigative report submitted to this office from ATF. They are bate stamped as SKDiscovery 1-270. I apologize for any confusion generated from the earlier incomplete set of materials.

Also, a copy of the defendant's tape recorded statement is enclosed herewith. Please note that his second statement showing his knowledge that there was a firearm in the backpack was not tape recorded.

Very truly yours,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: /s/ Marshall Silverberg
Marshall Silverberg
Assistant U.S. Attorney

EXHIBIT "H"