IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00248 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMUEL KAAUWAI, III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing was duly served upon the following parties by hand delivery or by depositing the same in the United States mail, postage prepaid, at the following last known address:

> MARSHALL SILVERBERG, ESQ.
> Assistant United States Attorney
> Room 6100 PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96813
> Attorney for Plaintiff
> UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, _____6/1/07_____.

Pamela E. Tamashiro
Attorney for Defendant
SAMUEL KAAUWAI, III