# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/2/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00248DAE |
| CASE NAME: | USA v. Samuel K. Kaauwai, III |
| ATTYS FOR PLA: | Marshall H. Silverberg |
| ATTYS FOR DEFT: | Pamela Tameshiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 5/2/2007 | TIME: | 10:30am-11:20am<br>3:00pm-3:15pm |

COURT ACTION:  EP:  [66]MOTION to Withdraw Guilty Plea by Samuel M. Kaauwai, III.

Oral arguments heard.

Government's Witness: Attorney William Domingo.

Government's Exhibits received: 13 and 14

Defendant's Witness: Samuel M. Kaauwai, III

Defendant's Exhibits received: D.

Defendant's Oral request for Court to take judicial notice of exhibits filed in response pleadings-GRANTED.

Defendant's Oral Motion to withdraw his [66]MOTION to Withdraw Guilty Plea by Samuel M. Kaauwai, III-GRANTED.   Motion is terminated.

Sentencing date set for 5/30/2007 @945amDAE.

Submitted by:  Theresa Lam, Courtroom Manager